# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2639

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Anthony L. Clemmons, | * | Western District of Missouri. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted: May 18, 2005
Filed: May 26, 2005

_____

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Anthony Clemmons challenges the sentence imposed by the district court[1] upon his guilty plea to a felon-in-possession charge. His counsel has filed a brief and moved to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967). For reversal, counsel argues that Clemmons's criminal history was improperly calculated, because three of his prior sentences should have been considered related. However, these sentences were separated by intervening arrests, and thus were properly deemed to be unrelated for purposes of Clemmons's criminal history score. See U.S.S.G.

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

§ 4A1.2.  Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no nonfrivolous issues.  Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____